# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133142(53)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MARY ANN MCBRIDE,
      Defendant-Appellee.
_____

SC: 133142
COA: 271579
Macomb CC: 05-004049-FC

On order of the Chief Justice, the motion by the Michigan Association of Deaf and Hard of Hearing for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk